```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHANNON GARRETT,

                              Plaintiff,

       -against-

URBAN OUTFITTERS, INC.,

                              Defendant.

-----------------------------------------------------------------X

JEFFREY MCEARCHEN,

                              Plaintiff,

       -against-

URBAN OUTFITTERS, INC.,

                              Defendant.

-----------------------------------------------------------------X

17-CV-7826 (KHP)
19-CV-6525 (KHP)

**Order**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      This Court approved the parties' global settlement pursuant *to Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), on March 13, 2019, finding the settlement amounts payable to the individual plaintiffs to be fair and reasonable compromise of disputed issues on liability.  Under the settlement agreement, the parties agreed to resolve the issue of attorneys' fees and costs separately from amounts payable to the plaintiffs.  (*See* 17-cv-7826, ECF No. 56.)  The issue of attorneys' fees and costs is now resolved.  Under the settlement, Defendant shall pay Plaintiffs' counsel a total of $1,050,000 in fees and costs.  Plaintiffs' counsel shall provide direction to counsel for Defendant as to the allocation of the total award to the

respective Plaintiffs' counsels' firms.  Accordingly, Court is directed to dismiss both of the above-captioned actions with prejudice.

**SO ORDERED.**

Dated:  August 6, 2019
        New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge